**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

        v.

CETTIRE, INC.,

        Defendant.
-----------------------------------------------------------------x

**FILED**
**CLERK**
8/9/2021 11:19 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**

Plaintiff, Michelle Tenzer-Fuchs, individually, hereby files this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In accordance with Rule 41(a)(1)(B), the dismissal is WITH PREJUDICE.

**SHALOM LAW, PLLC**

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jshalom@jonathanshalomlaw.com
Shalom Law, PLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone: (718) 971-9474
Facsimile: (718) 865-0943

**ATTORNEYS FOR PLAINTIFF**

**SO ORDERED.**

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

```
The Clerk of the Court is
directed to mark this case
CLOSED.

Dated: August 9, 2021
       Central Islip, New York
```